FILED

21 FEB -2 PM 12:07

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ KCC

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § § § § § § § | CRIMINAL NO. A21CR 029 LY<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(o)<br>18 U.S.C. § 922(n)<br>26 U.S.C. § 5861(d)<br><br>**Notice of Government's Demand for Forfeiture** |
| v. | | |
| ANTHONY GALLEGOS, | | |
| *Defendant.* | | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### POSSESSION OF A MACHINEGUN
### [18 U.S.C. § 922(o)]

On or about October 24, 2020, in the Western District of Texas, Defendant

**ANTHONY GALLEGOS**

knowingly possessed a machinegun, that is, a gold-colored "switch" conversion device, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT TWO
### RECEIPT OF A FIREARM BY PERSON UNDER INDICTMENT
### [18 U.S.C. § 922(n)]

On or about October 24, 2020, in the Western District of Texas, Defendant

**ANTHONY GALLEGOS**

knowing that he was then under indictment for a crime punishable by a term of imprisonment for a term exceeding one year, to wit, possession of more than four ounces but less than five pounds of marijuana in violation of Texas Health and Safety Code § 481.121(a)(3), did willfully receive a

firearm, that is, a Glock ten-millimeter pistol, said firearm having been shipped and transported in interstate commerce, in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

## COUNT THREE
## POSSESSION OF UNREGISTERED SILENCER
## [26 U.S.C. § 5861(d)]

On or about October 24, 2020, in the Western District of Texas, Defendant

## ANTHONY GALLEGOS

knowingly possessed a firearm, to wit, a firearms silencer, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violations and Forfeiture Statutes
[Title 18 U.S.C. § 922(o) and (n), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c)]
AND
[Title 26 U.S.C. § 5861(d), subject to forfeiture pursuant to Title 26 U.S.C. § 5872(a), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the foregoing criminal violations, set forth in Counts One, Two, and Three of this Indictment, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of property, including the items listed below, upon conviction and as part of sentencing pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 924(d)(1), as made applicable to criminal forfeiture by 28 U.S.C. § 2461(c). Section 924 specifically provides, in pertinent part, the following:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922, or knowing importation or bringing into the United States or any possession thereof any firearm or ammunition in violation of section 922(*l*), or knowing violation of section 924, shall be subject to seizure and forfeiture under the provisions of this chapter. . .

**Title 26 U.S.C. § 5872(a). Forfeitures**

(a) **Laws applicable.** —Any firearm involved in any violation of the provisions of this chapter shall be subject to seizure and forfeiture . . .

This Notice for Demand for Forfeiture includes, but is not limited to, the properties described below in Paragraph II.

## II.
## Properties

Glock GMBH, model: 21, .45 caliber, pistol, bearing serial number: UWR387;
Glock GMBH, model: 29, 10mm caliber, pistol, bearing serial number: BRUH636;
Beretta, Pietro S.P.A., model: APX, 9mm caliber, pistol, bearing serial number: A081886X;
Glock Conversion Device, gold in color, bearing serial number: NONE;
Silencer, black in color, bearing serial number: NONE;
Ruger, model: Ruger-57, 5.7x28mm caliber, pistol, bearing serial number: 641-62360;
DPMS Inc., model: A15, multi caliber, rifle, bearing serial number: FFH167898;
FNH USA, LLC., model: 509, 9mm caliber, pistol, bearing serial number: GKS0120703;
American Tactical Imports - ATI, model: Omni Hybrid, multi caliber, rifle, bearing serial number: NS114516;
Sig Sauer, model: P320, .45 caliber, pistol, bearing serial number: 58K052886;
Romarm/Cugir, model: WASR-10, 7.62x39mm caliber, rifle, bearing serial number: A1-52079-16;
Smith & Wesson, model: 459, 9mm caliber, pistol, bearing serial number: A752509;
Walther, model: P22, .22 caliber, pistol, bearing serial number: B006749;
Israel Weapon Industries – IWI, model: Desert Eagle, .44 caliber, pistol, bearing serial number: 30201688;
Remington Arms Company, Inc., model: 870, 12 gauge, shotgun, bearing serial number: CC70780D;
Intratec, model: TECDC9, 9mm caliber, pistol, bearing serial number: D063144;
Unknown Manufacturer, model: Unknown, 5.56x45mm caliber, rifle, bearing serial number: NONE;
Mossberg, model: 500, 12 gauge, shotgun, bearing serial number: T976811; and
Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL:

Original signed by the foreperson
of the Grand Jury

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: _____
GABRIEL COHEN
Assistant U.S. Attorney